# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

126886(49)

FEDERATED INSURANCE COMPANY
and CARL M. SCHULTZ, INC.,
    Plaintiffs-Appellees,
    Cross-Appellants,

v                                               SC: 126886
                                                COA: 244009
OAKLAND COUNTY ROAD COMMISSION,                 Oakland CC: 00-027170-CE
    Defendant-Appellee.
and

ATTORNEY GENERAL,
    Intervenor-Appellant.
_____

On order of the Chief Justice, the motion by intervening appellant for extension of the time for filing its reply brief is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2005

_____
Clerk

c100405